**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES - GENERAL</u>

Case No.   CV-98-9694-ER(CWx)                           Date: July 12, 1999

Title:   CALIFORNIA TEACHERS ASSOCIATION, et -v- PETE WILSON, et al.
==================================================================
PRESENT:   HONORABLE EDWARD RAFEEDIE, SENIOR JUDGE

   Judy Matthews                                Mary Tucker
   Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None Present                                 None Present


**PROCEEDINGS:**   ORDER TO SHOW CAUSE FOR POSSIBLE DISMISSAL
                   FOR LACK OF PROSECUTION

The Court, on its own Motion, hereby ORDERS plaintiff(s) to show cause <u>in writing</u> not later than <u>7/26/99</u> why this action should not be dismissed for lack of prosecution. The Court notes that, absent a showing of good cause, an action <u>shall</u> be dismissed if the summons and complaint have not been served within 120 days of the filing of the complaint (FRCivP 4j). An action <u>may</u> be dismissed prior to such time if plaintiff(s) fail(s) to respond to this order.

The Court further notes that defendant(s) answer is to be filed within 20 days (30) out of state, 60 days if the defendant is the United States)(FRCivP 12) of the date of service of the summons and complaint. Counsel are advised that <u>no stipulations</u>, including those for extensions of time, are effective unless approved by this Court (except as provided in LR 3.11.1).

Pursuant to FRCivP 78 and Local Rule 7.11, no ORAL ARGUMENT will be heard on this matter unless ordered by the Court. The Order to Show Cause will stand submitted upon the filing of plaintiffs' response. The Court will consider as a satisfactory response the filing of the following on or before the date indicated above:

| | |
|---|---|
| _____ | Proof(s) of service of summons and complaint on <u>all</u> defendants (FRCivP 4) |
| __X__ | Joint Report of Early Meeting |
| _____ | Plaintiff(s) filing an Application for Default (FRCivP 55a) |
| _____ | Plaintiff(s) filing a Motion for Entry of Default Judgment (FRCivP 55b) |

FAILURE TO FILE A TIMELY RESPONSE IS DEEMED CONSENT TO THE DISMISSAL WITHOUT PREJUDICE OF THE ACTION AS PROPOSED HEREIN.

MINUTES FORM 11                                          Initials of Deputy Clerk
CIVIL -- GEN